IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>RAQUEL ALCAZAR, and<br>RUBEN MONTENEZ,<br>        Defendant. | CR. No. S-05-113 LKK<br><br><u>TIME EXCLUSION ORDER</u> |

Upon motion of both parties, the Court continues the next hearing in this case to January 24, 2006 at 9:30 a.m.  The court appointed Carl Larson as co-counsel for Defendant Montenez to ensure Mr. Montenez' adequate representation during the time his primary counsel Dwight Samuel is engaged in a length state murder trial.  Mr. Larson has yet to review the discovery in the case and needs time to do so. The  continuance is necessary for counsel adequately to review the discovery provided by the government, go over the discovery with his client and to conduct further investigation in the case.  Thus, the requested continuance is for effective and diligent preparation of counsel

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the

///

///

///

1  public and the defendant in a speedy trial.  18 U.S.C. §§ 3161
2  (h)(8)(B)(iv) (local code T-4) and time, therefore, will be
3  excluded from January 10, 2006 through January 24, 2006.

DATE: January 11, 2006          /s/ Lawrence K. Karlton
                                HON. LAWRENCE K. KARLTON
                                U.S. DISTRICT JUDGE