# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:05CR00113-07** |
| ) | |
| **Raquel Montanez ALCAZAR** ) | |
| ) | |

**LEGAL HISTORY:**

On April 11, 2006, the above-named was sentenced to 48 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on March 24, 2008.  Special conditions included: Warrantless search; Drug/alcohol treatment program/testing; Co-payment plan for treatment/testing; Register as a drug offender.

**SUMMARY OF COMPLIANCE:**

Ms. Alcazar has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Ms. Alcazar has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Raquel Montanez ALCAZAR
      Docket Number:  2:05CR00113-07
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated:      March 30, 2010
            Elk Grove, California
            WER/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER**
            **Supervising United States Probation Officer**

cc:   AUSA, Mary L. Grad  (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) <br> ) <br> vs.  ) <br> ) <br> **Raquel Montanez ALCAZAR**  ) <br> ) | **Docket Number: 2:05CR00113-07** |

On March 24, 2008, the above-named was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES
United States Probation Officer**

Dated:   March 30, 2010
         Elk Grove, California
         WER/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

**RE:    Raquel Montanez ALCAZAR**
**       Docket Number:  2:05CR00113-07**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       <u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

 May 11, 2010
**Date**

**Lawrence K. Karlton**
**Senior United States District Judge**

WER/cj

Attachment:  Recommendation

cc:  United States Attorney's Office